TADE BUA BELL,
Plaintiff(s),
vs.
WATERSIDE SHOPS, LLC,
Defendant(s)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
CASE NO.: 2:20-cv-837-FtM-29NPM

# MEDIATION REPORT

The above styled case was mediated on 5-4-21 before Rodney Romano either pursuant to court order, or if not pursuant to court order, with the agreement of all participants that the privileges and rules of confidentiality would apply as if the meeting were pursuant to court order.

The outcome was **_SETTLED AS TO ALL ISSUES!_**

Respectfully submitted,

_[signature]_

Rodney G Romano, Esq.
Matrix Mediation, LLC
1655 Palm Beach Lakes Blvd.
Suite 700
West Palm Beach, Florida 33401
Cell:  561-818-0001
Office: 561-340-3500
Rodney@matrixmediation.com
FBN: 559482
CM: 12628R

MEDIATION REPORT - 1